FRANK KELLY (SBN 83473)
fkelly@shb.com
AMIR NASSIHI (SBN 235936)
anassihi@shb.com
EDWARD B. GAUS (SBN 289561)
egaus@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
Fax: (415) 391-0281

Attorneys for Defendant
BAYER HEALTHCARE LLC,
erroneously sued as BAYER CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIRFONIA

| | |
|---|---|
| BEN CASILLAS JJR; APRIL CASILLAS; SAUL SANCHEZ; AND LILIAN SOTO, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER CORPORATION and DOES through , inclusive <br><br> Defendants. | Case No. 3:23-cv-01609-AMO <br><br> **STIPULATION FOR RELATED CASE CONSOLIDATION, PURSUANT TO LOCAL RULE 3-12** |

**STIPULATION TO FOR RELATED CASE CONSOLIDATION, PURSUANT TO LOCAL RULE 3-12**

Pursuant to Local Rule 3-12, all parties in the above-captioned action, by and through their undersigned counsel, hereby stipulate and agree to relate this matter pending before District Judge Araceli Martinez-Olguin to the below listed matter, currently pending before the Magistrate Judge Sallie Kim in the United States District Court, Northern District of California:

1. *April Casillas, individually and as the Successor-in-Interest of Ben Casillas Jr., and Ben Casillas, Sr., as Guardian ad Litem for R.C., a Minor and V.C.,*

*a minor. v. Bayer Corporation and Does 1 through 100,* in the United States District Court, Northern District of California, Case No. 3:23-cv-02199-SK.

                                          Respectfully submitted,

Date: May 25, 2023                    SHOOK, HARDY & BACON L.L.P.

By:_____
    FRANK KELLY
    AMIR NASSIHI
    EDWARD B. GAUS
    *Attorneys for Defendant*
    BAYER HEALTHCARE LLC, erroneously
      sued as BAYER CORPORATION

Date: May 19, 2023                    ARNS DAVIS LAW

By:_____
  ARNS DAVIS LAW FIRM
  ROBERT ARNS
  JONATHAN E. DAVIS
  ZACHARIAH HANSEN
  *Attorneys for Plaintiff*