Robert S. Arns, SBN. 65071, rsa@arnslaw.com
Jonathan E. Davis, SBN 191346, jed@arnslaw.com
Zachariah D. Hansen, SBN 267755, zdh@arnslaw.com
Shounak S. Dharap, SBN 311557, ssd@arnslaw.com
**ARNS DAVIS LAW**
A Professional Corporation
515 Folsom Street, 3rd Floor
San Francisco, California, 94105
Phone: (415) 495-7800

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN CASILLAS JR; APRIL CASILLAS; SAUL SANCHEZ; and LILLIAN SOTO,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER CORPORATION and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 3:23-cv-01609-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS' LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**Honorable Aracelli Martínez-Olguín** |

IT IS HEREBY STIPULATED AND AGREED by and among the parties, through their respective counsel, as follows:

WHEREAS, on February 23, 2023, the above captioned complaint entitled *Casillas, et al. v. Bayer Corporation* was filed to Alameda Superior Court.

WHEREAS, on May 10, 2023, the above captioned complaint entitled *Casillas, et al. v. Bayer Corporation* was removed from Alameda County Superior Court to the United States District Court for the Northern District of California, Case No. 3:23-cv-01609-AMO.

WHEREAS, on April 27, 2023, Defendant Bayer Healthcare LLC, erroneously sued as Bayer Corporation, answered Plaintiffs' Complaint.

WHEREAS, on May 30, 2023, this Court determined that Case No. 23-cv-02199SK is related to the action at hand, Case No. 3:23-cv-01609-AMO.

WHEREAS, Plaintiffs now seek to amend their Complaint to sue the correctly named Defendant Bayer Healthcare LLC.

THEREFORE now, the parties agree and stipulate to allow Plaintiffs to file a First Amended Complaint ("FAC"). Attached hereto as Exhibit 1 is a true and correct copy of the proposed FAC.

Dated: September 18, 2023    ARNS DAVIS LAW

By:_____
ROBERT S. ARNS
Attorneys for Plaintiffs
BEN CASILLAS JR; APRIL CASILLAS; SAUL SANCHEZ; AND LILLIAN SOTO

Dated: September 18, 2023    SHOOK, HARDY & BACON

By: /s/ Edward B. Gaus
EDWARD B. GAUS
Attorneys for Defendant
BAYER HEALTHCARE LLC,

# ATTESTATION

I attest, pursuant to Local Rule 5-1(i)(3), that all parties to this stipulation have concurred in the filing of this document.

Dated: September 18, 2023          ARNS DAVIS LAW

By: _____
SHOUNAK S. DHARAP
Attorneys for Plaintiffs
BEN CASILLAS JR; APRIL CASILLAS; SAUL SANCHEZ; AND LILLIAN SOTO

**[PROPOSED] ORDER**

The parties having hereto so stipulated and good cause appearing, IT IS HEREBY ORDERED as follows:

The stipulation is approved, and Plaintiffs may file a First Amended Complaint, a copy of which is attached hereto as Exhibit 1.

IT IS SO ORDERED.

Dated: September 19, 2023

_____
Hon. Aracelli Martínez-Olguín

-4-
STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S LEAVE TO FILE SECOND AMENDED COMPLAINT (3:23-cv-01609-AMO *[Consolidated with 3:23-cv-02199-AMO]*)