FRANK KELLY (SBN 83473)
fkelly@shb.com
AMIR NASSIHI (SBN 235936)
anassihi@shb.com
EDWARD B. GAUS (SBN 289561)
egaus@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
Fax: (415) 391-0281

Attorneys for Defendant
BAYER HEALTHCARE LLC,
erroneously sued as BAYER CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN CASILLAS JR; APRIL CASILLAS; SAUL SANCHEZ; and LILIAN SOTO,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER CORPORATION and DOES 1 to 100, inclusive,<br><br>Defendants. | No. 3:23-cv-01609-AMO (*Consolidated with 3:23-cv-02199-AMO*)<br><br>**DECLARATION OF FRANK KELLY IN SUPORT OF PROPOSED STIPULATED ELECTRONICALLY STORED INFORMATION PROTOCOL** |
| APRIL CASILLAS, INDIVIDUALLY AND AS THE SUCCESSOR-IN-INTEREST OF BEN CASILLAS JR; AND BEN CASILLAS, SR., AS GUARDIAN AD LITEM FOR R. C., A MINOR AND V. C., A MINOR,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION and DOES 1 to 100, inclusive,<br><br>Defendants. | |

# DECLARATION

I, Frank Kelly, declare and state as follows:

1. I am an attorney licensed to practice before all of the courts of the State of California, and am a partner of the law firm of Shook, Hardy & Bacon L.L.P., and counsel of record for Defendant Bayer Healthcare LLC, erroneously sued as Bayer Corporation ("Bayer") in the above-titled action. This declaration is based upon my personal knowledge, except as to those matters stated on information and belief and, as to those matters, I believe them to be true. If called upon as a witness, I could and would competently testify as to the facts set forth therein.

2. Counsel for Plaintiffs Ben Casillas Jr. and Saul Sanchez ("Plaintiffs") and Defendant Bayer Corporation ("Bayer") (collectively, "the parties") met and conferred regarding the necessity for entry of Stipulated Forms and Format for Document Production in this action. The Parties agreed to the use of an ESI Protocol that differs from the Northern District of California's Model Order. The Parties submit a stipulated Proposed Forms and Format for Document Production, filed concurrently with this Declaration. This Declaration, submitted pursuant to the Court's Standing Order, explains why use of one of the model orders is not practicable in this case.

3. The Parties have entered into this stipulated Forms and Format for Document Productions ("Protocol") to facilitate the just, speedy, and inexpensive conduct of discovery involving electronically stored information ("ESI").

4. Defendant Bayer is involved in numerous simultaneous actions involving company documents and has developed preferred methods for the processing and production of documents that are consistent with the Federal Rules of Civil Procedure and local rules across many jurisdictions. Bayer intends to use these preferred methods in the form of the stipulated proposed ESI Protocol to streamline discovery processes across matters.

5. The stipulated proposed ESI Protocol adds detail but does not detract from the Court and parties' shared goal of efficient execution of discovery.

6. The parties agree that the use of the proposed ESI protocol allow for the parties and the Court to ensure that there is an accurate and complete understanding of the forms and formats for document production.

7. The Parties stipulate and agree that the proposed Forms and Format for Document Productions is narrowly-tailored to the instant case, and will best promote efficiency, fairness, and will reduce the likelihood of disputes that might otherwise require the Court's intervention.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 20, 2023.

/s/*Frank Kelly*
Frank Kelly