UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYER HEALTHCARE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LINOLEUM SALES CO. INC. DBA ANDERSON COMMERCIAL FLOORING,<br><br>    Defendant. | Case No. 24-cv-02786-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to *Casillas et al v. Bayer Corporation et al*, Case No. 3:23-cv-01609-AMO.

**IT IS SO ORDERED.**

Dated: June 5, 2024

_____
RITA F. LIN
United States District Judge