UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN CASILLAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BAYER CORPORATION,<br><br>    Defendant. | Case No. 23-cv-01609-AMO<br><br>**OMNIBUS SEALING ORDER**<br><br>Re: Dkt. Nos. 89, 107, 119, 165 |

The Court hereby orders the following documents and portions thereof, submitted in support of Plaintiffs' partial motion for summary judgment, Defendant Anderson's motion for summary judgment, Plaintiffs' reply in support of partial motion for summary judgment, and Plaintiff's Petition for Approval of Settlement of Minor's Claims, to be sealed from the public docket:

| Document Title or Description | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. in Support of Sealing | Party With Burden to Substantiate Need to Seal | Full or Partial Sealing Sought | Brief Statement of Reason for Sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| Ex. A: Petition of Plaintiff April Casillas, Guardian Ad Litem, for Minors R.C. and V.C. for Approval of Minors' Compromise. | 166 | 165-3 | 165-1 | Plaintiff April Casillas, Plaintiffs R.C. and V.C. through their Guardian Ad Litem April Casillas | Full | Documents contain information related to settlement terms and amounts, as they pertain to the resolution of a claim involving two minors. | GRANTED |

| Document Title or Description | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. in Support of Sealing | Party With Burden to Substantiate Need to Seal | Full or Partial Sealing Sought | Brief Statement of Reason for Sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| Ex. B: Declaration of Robert S. Arns In Support of Plaintiff April Casillas Guardian Ad Litem for Minors R.C. and V.C. Petition for Approval of Minors' Compromise | 166-1 | 165-4 | 165-1 | Plaintiff April Casillas, Plaintiffs R.C. and V.C. through their Guardian Ad Litem April Casillas | Full | Documents contain information related to settlement terms and amounts, as they pertain to the resolution of a claim involving two minors. | GRANTED |
| Ex. C: Declaration of April Casillas In Support Of Petition of Plaintiff April Casillas, Guardian Ad Litem, for Minors R.C. and V.C. for Approval of Minors' Compromise | 166-2 | 165-5 | 165-1 | Plaintiff April Casillas, Plaintiffs R.C. and V.C. through their Guardian Ad Litem April Casillas | Full | Documents contain information related to settlement terms and amounts, as they pertain to the resolution of a claim involving two minors. | GRANTED |
| Ex. A Master Services Agreement | 106-3 | 107-3 | 107-1 | Def. Bayer | Full | Bayer internal contract document | GRANTED |
| Ex. B Anderson Proposal and Acceptance | 106-3 | 107-4 | 107-1 | Def. Bayer | Full | Job Proposal Document for work provided to Bayer, including Bayer Pricing | GRANTED |
| Ex. C Purchase Order | 106-3 | 107-5 | 107-1 | Def. Bayer | Full | Bayer contract for work, including pricing | GRANTED |
| Ex. D July 15, 2022 email from Ulysses Ecijan of Bayer to Andre Wallace of Anderson | 106-3 | 107-6 | 107-1 | Def. Bayer | Full | Communications from Bayer employee requesting work, including Bayer Pricing | GRANTED |
| Ex. 20 Anderson Job Request | 87-1 | 89-2 | 89-1 | Def. Bayer | Full | Bayer internal document | GRANTED |
| Ex. 21 Bayer Master Services Agreement | 87-2 | 89-3 | 89-1 | Def. Bayer | Full | Bayer internal contract document | GRANTED |

| Document Title or Description | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. in Support of Sealing | Party With Burden to Substantiate Need to Seal | Full or Partial Sealing Sought | Brief Statement of Reason for Sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| Ex. 28 Anderson Proposal and Acceptance | 87-3 | 89-4 | 89-1 | Def. Bayer | Full | Job Proposal Document for work provided to Bayer, including Bayer Pricing | GRANTED |
| Ex. 29 Purchase Order | 87-4 | 89-5 | 89-1 | Def. Bayer | Full | Bayer Contract for work, including pricing | GRANTED |
| Ex. 38 Bayer Standard Operating Procedures | 87-5 | 89-6 | 89-1 | Def. Bayer | Full | Internal Bayer Operating Document | GRANTED |
| Ex. 40 Bayer Contractor Safety Training | 87-6 | 89-7 | 89-1 | Def. Bayer | Full | Bayer Training Document Trade Secret | GRANTED |
| Ex. 79 Ulyesses Ecijan Incident Email | 87-7 | 89-8 | 89-1 | Def. Bayer | Full | Bayer Communications. – Potential trade Secret | GRANTED |
| Ex. 133: ICOM Scope of Work | 87-8 | 89-9 | 89-1 | Def. Bayer | Full | Job Proposal Document for work provided to Bayer, including Bayer Pricing | GRANTED |
| Ex. 137: Project Schedule | 87-9 | 89-10 | 89-1 | Def. Bayer | Full | Bayer Internal Operations Document – Potential Trade Secret | GRANTED |
| Ex. 808: OJT Training Document | 87-25 | 89-11 | 89-1 | Def. Bayer | Full | Bayer Training Document - Trade Secret | GRANTED |
| Ex. 202: Deposition of Ataa El-Roby | 87-11 | 89-12 | 89-1 | Def. Bayer | Full | Discussing Bayer Internal Operations and Procedures | GRANTED |
| Ex. 203: Deposition of David Mathie | 87-12 | 89-13 | 89-1 | Def. Bayer | Full | Discussing Bayer Internal Operations and Procedures | GRANTED |
| Ex. 204: Deposition of Ulysses Ecijan | 87-13 | 89-14 | 89-1 | Def. Bayer | Full | Discussing Bayer Internal Operations and Procedures | GRANTED |
| Ex. 212: Deposition of Arturo Lobato | 87-21 | 89-15 | 89-1 | Def. Bayer | Full | Discussing Bayer Internal Operations and Procedures | GRANTED |
| Ex. 302: Declaration of James Flynn | 87-23 | 89-16 | 89-1 | Def. Bayer | Full | Discussing Bayer Internal Operations and Procedures | GRANTED |

| Document Title or Description | Dkt. No. of Redacted Version | Dkt. No. of Unredacted Version | Dkt. No. of Decl. in Support of Sealing | Party With Burden to Substantiate Need to Seal | Full or Partial Sealing Sought | Brief Statement of Reason for Sealing | Granted/ Denied |
|---|---|---|---|---|---|---|---|
| Ex. 303: Declaration of Antony Mills | 87-24 | 89-17 | 89-1 | Def. Bayer | Full | Discussing Bayer Internal Operations and Procedures | GRANTED |
| Ex. 53: Bayer Internal Investigation Report Under Seal | 118-1 | 119-2 | 119 | Def. Bayer | Full | Bayer Internal Investigation Report | GRANTED |

**IT IS SO ORDERED.**

Dated: March 28, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**